Pamela M. Bridge, Bar No. 018252
pbridge@clsaz.org
George H. McKay, Bar No. 015910
gmckay@clsaz.org
COMMUNITY LEGAL SERVICES
305 S. Second Avenue
Phoenix, Arizona 85003
(602) 258-3434, ext. 2650

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

Reynaldo Guerra Jimenez, Raul Garcia,    )
Jacobo Bobadilla German, Jose Botello-   )
Avila, Vicente Briceño Farias, Mario Bustos )
Cruz, Octavio Caldera, Manuel Castillo,   )
Mario Castro Mora, Florentino Castro    )
Ramirez, Adelaido Castro Ruiz, Jose R    )
Cazares Aguilar, Amador Albe Cervantes-  )
Sandoval, Jesus Cervantes Sandoval,    )
Francisco Cervantes Gil, Rosario E.     )
Chinchillas, Joaquin Cordova Martinez,   )
Jose O Contreras Moroyoqui, Baldomero  )
Corona Ruiz, Cipriano J Crispin Mendez,  )
Josefina Cuara Aguilar, Toledo De La Rosa, )
Jorge Delgado Marias, Diego Delgado Torres)
Jesus E Duran, Alejandro Duarte, Fernando )
Duarte Ochoa, Francisco Duarte Rascon,  )
Juan Escalante Carrillo, Guadalupe Espinoza )
Vargas, Heriberto Espinoza Vargas, Abraham)
Esquivel, Sergio Felix Prado, Rosario Flores )
Olivera, Lucia Franco, Luciano Franco,   )
Antonio Fuentez Zamudio, Raul  Gamez  )
Camacho, Guberto Garcia, Salvador Garcia )
Jesus M. Gaxiola, Jose G. Gaxiola, Rosa A. )
Gaxiola, Mauro German Sanchez, Rafael Gil )
Soto, Alfonso Gomez, Martin Gomez    )
Alvarez, Genoveva M Gonzalez, Maria I.  )
Gonzalez,  Saul Gonzalez de Leon, Mariano )
Gonzalez Espinoza, Gloria E Gonzalez,   )
Jose Chavez Gomez, Jesus J Hernandez  )
Chavira, Mario Hernandez Hernandez,   )
Lorenzo Hernandez, Sabas J Hernandez  )
Muniz, Humberto Hernandez Sabori, Tomas )
Hernandez, Jesus Hernandez Vazquez,   )
Ernesto Herrera Luna, Magdaleno Isais Casa )
Francisco Ledesma, Francisco Leon Torres )
Fernando Linares Sanchez, Luis M. Llamas )
Leon, Gamaniel Lopez Espinoza, Lino J.  )

CIVIL ACTION NO._____

**COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF AND DAMAGES**

| | | |
|---|---|---|
| 1 | Lopez Figueroa, Martin Arturo Lopez, | ) |
| | Casimiro Lopez Medina, Teodoro Loya | ) |
| 2 | Carrillo, Pedro Lubiano Cisneros, Ruben | ) |
| | Luna Ramirez, Jesus G Luque, Rito Luque | ) |
| 3 | Luque, Juan F Luque Martinez, Abelino | ) |
| | Macias Nuñez, Antonio  Magana, Sergio | ) |
| 4 | Magana Villicana, Olegario Martinez Carrillo | ) |
| | Isidro Martinez,  Maria R Martinez Rosas, | ) |
| 5 | Rey David Medina Bojorquez, Florentino | ) |
| | Medina, Trinidad Medina, Jesus Medina | ) |
| 6 | Uriarte, Jesus Melendrez Prieto, Antonio | ) |
| | Mendoza Madrid, Hilario Mesa Sedano, | ) |
| 7 | Orne Meza Felix, Julian Millan Rochin, | ) |
| | Albetro Miranda Haros, Jesus A Miranda | ) |
| 8 | Haros, Crisonogo Miranda Lopez, Maria A. | ) |
| | Miranda, Austroheberto Miranda Miranda, | ) |
| 9 | Carlos Monroy Vega, Juan Morales Sanchez | ) |
| | Luis A Montanez, Baltazar Moreno Jurado, | ) |
| 10 | Samuel Murrillo Madrigal, Jesus Navarrete | ) |
| | Arambula, Demetrio Nerez Pina, Jose Nuñez | ) |
| 11 | Avila, Gonzala Nuñez, Cornelio Nuñez | ) |
| | Gonzalez, Felix Nuñez Rios, Gerardo | ) |
| 12 | Olivarez Hernandez, Ruben Olvera Gonzalez, | ) |
| | Marco A Pacheco Valdez, Carlos Palacios, | ) |
| 13 | Enrique Paredes Ruiz, Emiliano Parra, | ) |
| | Venancio Patino Ortega, Martin Patino | ) |
| 14 | Juarez, Armando Pena Quinonez, Rodrigo | ) |
| | Placencia Contreras, Jesus Penunuri, | ) |
| 15 | Armando B Pimienta, Modesto Plasencia, | ) |
| | Aurelio Quinonez Armenta, Facundo | ) |
| 16 | Quiñonez, Antonio Ramirez Soto, Jose Luis | ) |
| | Ramos, Miguel Angel Rapan, Salvador | ) |
| 17 |  Raygoza, Javier Rendon Aguilera, Graciela | ) |
| | Reyes Medina, Modesto Reyes Zambrano, | ) |
| 18 | Juan M Ramirez Garcia, Jesus Rodriguez | ) |
| | Alvarez, Francisco Rodriguez Cervantes, | ) |
| 19 | Juan  Rodriguez-Orozco, Rey A. Rodriguez | ) |
| | Palma. Ramon I. Rodriguez Rubio, Florencio | ) |
| 20 | Rojo Pacheco, Luis Rojo Pacheco, Florencio | ) |
| | Rojo Torres, Antonio Rubio, Francisco | ) |
| 21 | Saldana, Arturo Salgado Bahena, Juan | ) |
| | Sanchez Huerta, Miguel Sanchez Huerta, | ) |
| 22 | Ruben Sanchez, Jose L Sanchez Salas, | ) |
| | Salvador Sanchez Solis, Maria E Sandoval | ) |
| 23 | Bojorquez, Martin Santos, Rosario M Santos, | ) |
| | Uriel Santos, Jose M Segura Sandoval, Jose | ) |
| 24 | Maria Sepulveda, Octavio Serrano, Gonzalo | ) |
| | Tapia Haro, Salomon Tapia Haro, Pablo | ) |
| 25 | Tirado Duran, Francisco Toledo Garcia, | ) |
| | Julian Torres Coronado, Hermelinda C. | ) |
| 26 | Torres Herrera, Jorge L Trejo Gonzalez, | ) |
| | Jose Valdez Acosta, Luis F Valdez Duran, | ) |
| 27 | Victor M Valenzuela, Miguel A Valenzuela | ) |
| | Gurrola, Guadalupe Valle Luque, Pedro | ) |
| 28 | Colino Vaquero, Gabriel Vargas Avila, | ) |

| | |
|---|---|
| 1 | Jose Vazquez Huerta, Eleuterio Vega Gil, ) |
| | Enrique Velarde Acosta, Federico Velazquez,) |
| 2 | Jose C. Vibriezca Ceja, Martin Villanueva, ) |
| | Victor Villanueva, Juan Villa Parra, Jose ) |
| 3 | Villegas Garcia, Leopoldo Zamora Aguilera, ) |
| | Vicente Zamudio Trujillo, Manuel Zamora ) |
| 4 | Sanchez, Mario Zarate Godines, Gustavo ) |
| | Zerega Espinoza, Juan Abarca Figueroa, ) |
| 5 | Federico Agular Murillo, Josefa Álvarez de ) |
| | Meza, Serfio Amezca, Marcos Amezca, ) |
| 6 | Pedro Angulo, Harold Appling, Cesar Arce ) |
| | Insunza, Jose Arellano Juarez, Gumercindo ) |
| 7 | Arroyo Camacho, Armando Arzate Carrillo ) |
| | Santiago Arzate Carrillo, Alfredo Avalos ) |
| 8 | Barron, Raul Avila Alamanza, Trinidad Ayon) |
| | Jusaino, Jose F. Becerra, Ismael Becerra ) |
| 9 | Perez, Baldemar Bedolla Bedolla, ) |
| | David Beltran Miranda, Rafael Beltran ) |
| 10 | Nunez, Juan F. Beltran Soto. ) |
| | ) |
| 11 | Plaintiffs, ) |
| | ) |
| 12 | vs. ) |
| | ) |
| 13 | Servicios Agricolas Mex Inc., Ralph ) |
| | De Leon, Sara De Leon, Richard De Leon ) |
| 14 | dba Servicios Agricolas Mexicanos, and ) |
| | Marlin Ranching Inc. ) |
| 15 | ) |
| | Defendants. ) |
| 16 | _____ ) |

## PRELIMINARY STATEMENT

1.     Plaintiffs are agricultural workers who were recruited by Defendants to harvest citrus crops.  The Complaint encompasses three distinct harvest seasons beginning in August of each year: 2004-2005 (Season 1); 2005-2006 (Season 2); 2006-2007 (Season 3).

2.     Plaintiffs were not paid the federal minimum wage for all time which they were working and engaged to wait by Defendants in violation of the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.* (hereinafter "FLSA").  Also, Defendants violated the Migrant and Seasonal Agricultural Worker Protection Act, 29 U.S.C. § 1801 *et seq.* (hereinafter "AWPA"), by failing to timely notify Plaintiffs of changes in piece rates, failing to comply with FLSA, failing to comply with sanitation and water requirements,

and for posting disclosure statements which misled Plaintiffs as to wage rates.

Additionally, Defendants breached Plaintiffs' employment contract, and, for work done in

Imperial County, California, violated California labor laws and regulations.

3. Plaintiffs seek to ensure that no other farmworkers suffer in the future the injuries and loss of rights which Plaintiffs have been forced to endure through Defendants' violations of the remedial statutes at issue here. The injunctive relief which Plaintiffs seek will necessarily benefit all harvesting employees of the company. Therefore, pursuant to Fed. R. Civ. P. 71, Plaintiffs seek a declaratory judgment and order of injunctive relief in favor of all past and present harvesting employees of Defendants. Plaintiffs seek compensatory damages only for themselves and any subsequent intervenors.

## JURISDICTION

4. This Court has subject matter jurisdiction based on federal question jurisdiction pursuant to 28 U.S.C. § 1331, since the action arises under the laws of the United States and 29 U.S.C. § 1854, covering claims arising under the FLSA and the AWPA.

5. This Court has supplemental jurisdiction over the Arizona Wage Payment Act, state contract law and California state law claims under 28 U.S.C. § 1367, since these claims are so related to the federal claims that they form part of the same case and controversy under Article III of the United States Constitution.

6. This Court may issue a declaratory judgment pursuant to 28 U.S.C. § § 2201 and 2202.

7. Venue is proper in this Court based on 28 U.S.C. § 1391(b) since a substantial part of the relevant events and omissions occurred in the district of Arizona.

## PARTIES

8. Plaintiffs Juan Abarca Figueroa, Federico Aguilar Murillo, Josefa Alvarez de Meza, Sergio Amezcua, Marcos N.Amezcua, Harold Appling, Cesar Arce Insunza, Jose A. Arellano Juarez, Gumercindo Arroyo Camacho, Armando Arzate-Carrillo,

Santiago Arzate Carrillo, Alfredo Avalos Barron, Raul Avila Almanza, Trinidad Ayon Jusaino, Jose F. Becerra, Ismael Becerra Perez, Baldemar Bedolla Bedolla, David Beltran Miranda, Juan F. Beltan Soto, Rafael Beltran Nuñez, Jacobo Bobadilla German, Jose Botello-Avila, Vicente Briceño Farias, Mario Bustos Cruz, Octavio Caldera, Manuel Castillo, Mario Castro Mora. Florentino Castro Ramirez, Adelaido Castro Ruiz, Jose R Cazares Aguilar, Amador Albe Cervantes-Sandoval, Jesus Cervantes Sandoval, Francisco Cervantes Gil, Jose Chavez Gomez, Rosario E Chinchillas, Joaquin Cordova Martinez, Jose O Contreras Moroyoqui, Baldomero Corona Ruiz, Cipriano J Crispin Mendez, Josefina Cuara Aguilar, Toledo De La Rosa, Jorge Delgado Marias, Diego Delgado Torres, Jesus E.  Duran, Alejandro Duarte,  Fernando Duarte Ochoa, Francisco Duarte Rascon, Juan Escalante Carrillo, Guadalupe Espinoza Vargas, Heriberto Espnoza Vargas, Abraham Esquivel, Sergio Felix Prado, Rosario Flores Olivera, Lucia Franco, Luciano Franco, Antonio Fuentez Zamudio, Raul  Gamez Camacho, Guberto Garcia, Raul Garcia, Salvador Garcia, Jesus M. Gaxiola, Jose G. Gaxiola, Rosa A Gaxiola, Mauro German Sanchez, Rafael Gil Soto, Alfonso Gomez, Martin Gomez Alvarez, Jose C.  Gomez, Genoveva M. Gonzalez, Maria I. Gonzalez, Saul Gonzalez de Leon, Mariano Gonzalez Espinoza, Gloria E. Gonzalez, Reynaldo Guerra Jimenez, Jesus J.  Hernandez Chavira, Mario Hernandez Hernandez, Lorenzo Hernandez, Sabas J. Hernandez Muniz, Humberto Hernandez Sabori, Tomas Hernandez, Jesus Hernandez Vazquez, Ernesto Herrera Luna, Magdaleno Isais Casa, Francisco Ledesma, Francisco Leon Torres, Fernando Linares Sanchez, Luis M Llamas Leon, Gamaniel Lopez Espinoza, Lino J. Lopez Figueroa, Martin Arturo Lopez, Casimiro Lopez Medina, Teodoro Loya Carrillo, Pedro Lubiano Cisneros, Ruben Luna Ramirez, Jesus G.  Luque, Rito Luque Luque, Juan F. Luque Martinez, Abelino Macias Nuñez, Antonio Magana, Sergio Magana Villicana, Olegario Martinez Carrillo, Isidro Martinez, Maria R. Martinez Rosas, Rey David Medina Bojorquez, Florentino Medina, Trinidad Medina, Jesus Medina Uriarte, Jesus Melendrez Prieto, Antonio Mendoza Madrid, Hilario Mesa Sedano, Orne Meza Felix, Julian Millan Rochin, Albetro Miranda Haros, Jesus A Miranda Haros, Crisonogo Miranda Lopez, Maria A.  Miarnda,

1    Austroheberto Miranda Miranda, Carlos Monroy Vega, Juan Morales Sanchez, Luis A

2    Montanez, Baltazar Moreno Jurado, Samuel Murrillo Madrigal, Jesus Navarrete Arambula,

3    Demetrio Nerez Pina, Jose Nuñez  Avila, Gonzala Nuñez, Cornelio Nuñez Gonzalez, Felix

4    Nuñez Rios, Gerardo Olivarez Hernandez, Ruben Olvera Gonzalez, Marco A Pacheco

5    Valedez, Carlos Palacios, Enrique Paredes Ruiz, Emiliano Parra, Venancio Patino Ortega,

6    Martin Patino Juarez, Armando Pena Quinonez, Rodrigo Placencia Contreras, Jesus

7    Penunuri, Armando B Pimienta, Modesto Plasencia, Aurelio Quinonez Armenta, Facundo

8    Quiñonez, Antonio Ramirez Soto, Jose Luis Ramos, Miguel Angel Rapan, Salvador

9    Raygoza, Javier Rendon Aguilera, Graciela Reyes Medina, Modesto Reyes Zambrano,

10   Juan M Ramirez Garcia, Jesus Rodriguez Alvarez, Francisco Rodriguez Cervantes, Juan

11   Rodriguez-Orozco, Rey A Rodriguez Palma, Ramon I Rodriguez Rubio, Florencio Rojo

12   Pacheco, Luis Rojo Pacheco, Florencio Rojo Torres, Antonio Rubio, Francisco Saldana,

13   Arturo Salgado Bahena, Juan Sanchez Huerta, Miguel Sanchez Huerta, Ruben Sanchez,

14   Jose L Sanchez Salas, Salvador Sanchez Solis, Maria E Sandoval Bojorquez,  Martin

15   Santos, Rosario M Santos, Uriel Santos, Jose M Segura Sandoval, Jose Maria Sepulveda,

16   Octavio Serrano, Gonzalo Tapia Haro, Salomon Tapia Haro,  Pablo Tirado Duran,

17   Francisco Toledo Garcia, Julian Torres Coronado, Hermelinda C Torres Herrera, Jorge L

18   Trejo Gonzalez, Jose Valdez Acosta, Luis F Valdez Duran, Victor M Valenzuela, Miguel

19   A Valenzuela Gurrola, Guadalupe Valle Luque, Pedro Colino Vaquero, Gabriel Vargas

20   Avila, Jose Vazquez Huerta, Eleuterio Vega Gil, Enrique Velarde Acosta, Federico

21   Velazquez, Jose C Vibriezca Ceja, Martin Villanueva, Victor Villanueva, , Juan Villa

22   Parra, Jose Villegas Garcia, Leopoldo Zamora Aguiler,  Vicente Zamudio Trujillo, Manuel

23   Zamora Sanchez, Mario Zarate Godines, Gustavo Zerega Espinoza are farmworkers who

24   have their permanent place of residence in and around Yuma County, Arizona.

25          9.   Upon information and belief, Defendant Servicios Agricolas Mex. Inc. does

26   business in Arizona and is registered in Arizona as a corporation.

27          10.  Upon information and belief, Defendant Servicios Agricolas Mexicanos

28   previously did business in Arizona during all times relevant to this case.   Defendant Ralph

De Leon and Defendant Sara De Leon were co-owners of Defendant Servicios Agricolas

Mexicanos. Defendant Richard De Leon is president of Defendant Servicios Agricolas

Mex Inc., son of Defendant Ralph De Leon and Defendant Sara De Leon, and was

operations manager of Servicios Agricolas Mexicanos. Because Defendant Servicios

Agricolas Mexicanos and Defendant Servicios Agricolas Mex Inc. are fundamentally

joined and joint employers, they will be hereinafter "SAM."

11. Upon information and belief, Defendant Marlin Ranching Inc. (hereinafter

"Marlin") does business in Arizona and is registered as a corporation in Arizona.

12. Defendants are being sued as employers of Plaintiffs at all times relevant to

this case.

## STATEMENT OF FACTS

13. At all times relevant to this action, Defendants employed Plaintiffs to

work in citrus harvests.

14. At all times relevant to this action, Plaintiffs were seasonal agricultural

workers within the meaning of the AWPA, at 29 U.S.C. § 1802(10), and/or individuals

entitled to the AWPA's protections.

15. At all times relevant to this action, Defendants were "agricultural

employers" within the meaning of 29 U.S.C. § 1802(2).

16. Prior to the start of each harvest season, during August each year,

Defendants recruited Plaintiffs to perform agricultural labor.

17. The recruitment took place in and around Yuma County, Arizona.

18. During the course of their employment, Plaintiffs harvested crops which

were produced for movement in interstate commerce, or for incorporation as ingredients in

products anticipated to move in interstate commerce.

19. All of the actions and omissions alleged in this Complaint were

undertaken by Defendants either directly or through their agents.

**Waiting Time and Wages**

20. Each day, Defendants set Plaintiffs' arrival time to Defendants' bus

1    parking lot in San Luis, Arizona for the following day.

2          21.      Plaintiffs regularly waited in and/or around the bus parking lot in San

3 Luis, Arizona after the reporting time and before Defendants' buses left for the fields.

4 Plaintiffs were unable to effectively use the time spent waiting for non-work activities.

5          22.      Such time spent waiting was not, upon information and belief, included

6 in Defendants' employment records as to each Plaintiff.

7          23.      Each morning Defendants required Plaintiffs to stop at a building owned

8 by Defendants in Yuma, Arizona. Plaintiffs were not compensated for their travel time

9 from the office to the fields.

10          24.      Such time spent waiting on the bus was not, upon information and belief,

11 included in Defendants' employment records as to each Plaintiff.

12          25.      Once at the fields, Defendants required Plaintiffs to wait before working.

13          26.      Such time spent waiting was not, upon information and belief, included

14 in Defendants' employment records as to each Plaintiff.

15          27.      Defendants failed to pay Plaintiffs for other compensable travel time.

16          28.      For example, Defendants required Plaintiffs to work in fields in

17 California and did not compensate them for the travel time or pay them pursuant to

18 California law.

19          29.      The failure to follow the FLSA and the AWPA, together with the system

20 of wait time in the bus parking lot in San Luis, Arizona, constitute willful acts and

21 omissions on the part of Defendants.

22 **Disclosures and Working Conditions**

23          30.      Defendants did not record the actual amount of compensable time and

24 hours worked on Plaintiffs' earnings statements during Seasons 1, 2 and 3.

25          31.      Defendants posted the federal form WH516 on their buses as a

26 disclosure of working terms and conditions for Plaintiffs.

27          32.      During all Seasons, Defendants, as in customary in the agricultural

28 industry offered a piece rate incentive to Plaintiffs. The form WH516 included the piece

1  rate in an overly broad range which misled Plaintiffs as to salary expectations.

2  33. Additionally, Plaintiffs were frequently not told about changes in their

3  salary and piece rate.

4  34. Plaintiffs were at all times ready to comply with the terms of the working

5  arrangement and did in fact comply with the terms of the work agreement.

6  35. Defendants breached their work agreement with Plaintiffs by not

7  complying with the terms and conditions of employment which they promised to Plaintiffs.

8  36. Plaintiffs suffered injury as a result of Defendants' breach of the work

9  agreement.

10  37. At no time relevant to this action did Defendants provide required written

11  disclosures to Plaintiffs when requested as required by the AWPA.

12  38. At no time relevant to this action did Defendants post in a conspicuous

13  place a poster setting forth the rights and protections afforded to migrant agricultural

14  workers under the AWPA.

15  39. At no time relevant to this action did Defendants provide Plaintiffs with

16  an itemized pay statement showing all the required information under the AWPA.

17  40. At no time relevant to this action did Defendants comply with field

18  sanitation requirements.

19  **FIRST CAUSE OF ACTION**

20  **(Fair Labor Standards Act, 29 U.S.C. § 201 *et seq*.)**

21  41. Plaintiffs allege and incorporate by reference paragraphs 1 to 40.

22  42. Defendants willfully violated the FLSA in Seasons 1, 2, 3 by failing to

23  pay minimum wage of $5.15 per hour for all time spent working and "engaged to wait" in

24  Seasons 1, 2, and 3.

25  43. As a consequence of Defendants' violation of Plaintiffs' rights under the

26  FLSA, Plaintiffs are entitled to the difference between the amount paid and minimum

27  wage, in addition to an equal amount of liquidated damages.

28  ///

**SECOND CAUSE OF ACTION**

**(Migrant and Seasonal Agricultural Worker Protection Act, 29 U.S.C. § 1801 *et seq.*)**

44.   Plaintiffs allege and incorporate by reference paragraphs 1 to 43.

45.   Defendants intentionally violated Plaintiffs' rights under the AWPA in

Seasons 1, 2, and 3 by:

       a.   failing to pay wages when due in violation of 29 U.S.C. § 1832(a);

       b.   failing to make, keep, and preserve records of the hours spent

           engaged to wait, or to provide statements with wait time hours

           included in the total in violation of 29 U.S.C. § 1831(c);

       c.   knowingly providing false or misleading information to

           Plaintiffs in violation of 29 U.S.C. § 1831(e);

       d.   violating, without justification, the working arrangement with

           Plaintiffs in violation of 29 U.S.C. § 1832(c);

       e.   failing to post in a conspicuous place a poster provided by the

           appropriate authority setting forth the rights and protections

           afforded to Plaintiffs by the AWPA in violation of 29 U.S.C. §

           1831(b); and

       f.   failing to provide written disclosures under 29 U.S.C. § 1831(a).

46.   For each violation of the AWPA, each Plaintiff so affected is entitled to

receive the greater of his actual damages or up to $500.00 per violation in statutory

damages pursuant to 29 U.S.C. § 1854(c).

**THIRD CAUSE OF ACTION**

**(Breach of Contract)**

47.   Plaintiffs allege and incorporate by reference paragraphs 1 to 46.

48.   Defendants entered into an employment contract with Plaintiffs.

49.   Defendants breached the contract of employment into which they entered

with Plaintiffs by failing to comply with the promised terms and conditions of employment.

50.   As a direct consequence of Defendants' breach of the employment

1   contract, Plaintiffs suffered substantial injury.

2       51.    Defendants are liable to Plaintiffs for actual, incidental and consequential

3   damages.

4                       **FOURTH CAUSE OF ACTION**

5                   **(Violation of California Labor Laws and Regulations)**

6       52.    Plaintiffs allege and incorporate by reference paragraphs 1 to 51.

7       53.    For actions that took place in Imperial County, California during Seasons

8   1, 2 and 3, Defendants violated the following California Labor Laws and Regulations by:

9           a.    failing to pay wages for all hours worked as required by California

10              Industrial Welfare Commission ("IWC") Wage Order 14 (Title 8,

11              Cal. Code of Regulations, § 11140(2)(G)).

12          b.    failing to pay minimum wage for uncompensated hours as

13              required by IWC Wage Order 14, (Title 8, Cal. Code of

14              Regulations § 11140(4)(A)) and Labor Code § 1197.

15          c.    failing to pay wages when due as required by Labor Code § § 201,

16              202 and 203.

17      54.    As a result of Defendants' willful failure to Plaintiffs the minimum wage

18  due in accordance with Labor Code §1197, Plaintiffs are entitled to liquidated damages

19  pursuant to Labor Code § 1194.2.  Plaintiffs are entitled to enforce such remedies, in an

20  amount to be proven at trial, pursuant to Business and Professions Code § 17202.

21                          **PRAYER FOR RELIEF**

22      Wherefore, Plaintiffs pray that this Court grant them the following relief:

23          a.    Declare that Defendants willfully violated Plaintiffs' rights under the

24              FLSA, and intentionally violated Plaintiffs' rights under the AWPA;

25          b.    Award each Plaintiff their unpaid minimum wage in addition to an equal

26              amount in liquidated damages pursuant to the FLSA;

27          c.    Award each Plaintiff the great or his or her actual damages, or statutory

28              damages of $500 for each violation of the AWPA in each season

-11-

1      applicable;

2      d.    Grant a prospective injunction against Defendants' future violation of the

3            AWPA;

4      e.    Declare that Defendants breached their contracts with Plaintiffs;

5      f.    Award each Plaintiff his or her actual, incidental and consequential

6            damages resulting from that breach;

7      g.    Declare that Defendants willfully violated Plaintiffs' rights under

8            California's Labor Code and IWC Wage Order 14 for work completed in

9            Imperial County, California;

10     h.    Award actual damages for violations of California IWC Wage Order 14;

11     i.    Award compensatory damages representing the amount of unpaid

12           minimum wages, interest and liquidated damages in the amount of unpaid

13           minimum wages and interest on that amount for violations under

14           California Labor Code § 1197;

15     j.    Award waiting time penalties in an amount equal to thirty (30) times his

16           or her daily rate of pay for violations under California Labor Code § §

17           201 through 204;

18     k.    Award Plaintiffs pre- and post judgment interest;

19     l.    Award Plaintiffs the costs of Court; and

20     n.    Award Plaintiffs such other relief as this Court deems just and proper.

21     RESPECTFULLY SUBMITTED this 2nd day of August, 2007.

22                                               COMMUNITY LEGAL SERVICES

23

24                                               _____*/s/ Pamela M. Bridge*_____
                                                 Pamela M. Bridge
25                                               George H. McKay

26

27

28

-12-